United States District Court
Southern District of Texas
**ENTERED**
April 02, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H–18-339 |
| | § | |
| DUSTIN CURRY    (1) | § | |
| CLINT CARR     (2) | § | |
| HASSAN BARNES   (3) | § | |
| FRAISEL HUGHEY  (4) | § | |

## ORDER

Pending before the Court is a motion (docket no. 127) filed by Defendant Clint Carr (2) for continuance of the trial setting to which all Co-Defendants pending trial are unopposed. In accordance with 18 U.S.C. § 3161, the basis for the continuance is the finding that the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court finds that, pursuant to 18 U.S.C. § 3161, a failure to grant continuance in this case would deny counsel for the Defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence and would thereby result in a miscarriage of justice for the Defendant.

The Defendant recites that there has been inadequate time to sufficiently prepare for trial. Denial of the reasonable time necessary for effective trial preparation is expressly enunciated in 18 U.S.C. § 3161 as a factor in determining that a continuance in the ends of justice would outweigh the public's interest in a speedy trial.

**IT IS HEREBY ORDERED** the Defendant's motion for continuance is **GRANTED**. A period of excludable delay shall commence from April 2, 2021, pursuant to 18 U.S.C. § 3161, and end upon the start of trial.

Motions shall be filed by: ___May 28, 2021___.

Responses shall be filed by: ___June 25, 2021___.

Proposed Voir Dire, Jury Charge, Exhibit Lists, and Witness Lists shall be filed by:

___September 7, 2021___.

A Pretrial Conference is set for ___September 9, 2021___ at 11:30 AM.

Jury Trial will be held on ___September 13, 2021___ at 1:00 PM.

It is unlikely that the Court will grant any further extensions. Counsel shall plan to try the case pursuant to the schedule.

**SIGNED** on this the ___2nd___ day of April, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE