United States District Court
Southern District of Texas
**ENTERED**
May 26, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H–18-339 |
| | § | |
| DUSTIN CURRY        (1) | § | |
| CLINT CARR            (2) | § | |
| HASSAN BARNES     (3) | § | |
| FRAISEL HUGHEY   (4) | § | |

## ORDER

Pending before the Court is an unopposed motion (docket no. 134) filed by Defendant Clint Carr (2) for continuance of the trial setting to which all Co-Defendants pending trial are unopposed. In accordance with 18 U.S.C. § 3161, the basis for the continuance is the finding that the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court finds that, pursuant to 18 U.S.C. § 3161, a failure to grant continuance in this case would deny counsel for the Defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence and would thereby result in a miscarriage of justice for the Defendant.

The Defendant recites that there has been inadequate time to sufficiently prepare for trial. Denial of the reasonable time necessary for effective trial preparation is expressly enunciated in 18 U.S.C. § 3161 as a factor in determining that a continuance in the ends of justice would outweigh the public's interest in a speedy trial.

**IT IS HEREBY ORDERED** the Defendant's motion for continuance is **GRANTED**. A period of excludable delay shall commence from ___May 26, 2021___, pursuant to 18 U.S.C. § 3161, and end upon the start of trial.

Motions shall be filed by: ___June 28, 2021___.

Responses shall be filed by: ___July 20, 2021___.

Proposed Voir Dire, Jury Charge, Exhibit Lists, and Witness Lists shall be filed by:

___October 12, 2021___.

A Pretrial Conference is set for ___October 14, 2021___ at 11:30 AM.

Jury Trial will be held on ___October 18, 2021___ at 1:00 PM.

It is unlikely that the Court will grant any further extensions. Counsel shall plan to try the case pursuant to the schedule.

SIGNED on this the ___26th___ day of May, 2021.

                                                                          SIM LAKE
                                       SENIOR UNITED STATES DISTRICT JUDGE