

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. H-18-339 (1) |
| DUSTIN CURRY | § § | |

**NOTICE OF SETTING**

This case has been **SET** for the following before Senior United States District Judge Sim Lake:

**RE-ARRAIGNMENT**

Date:   September 20, 2021

Time:   11:30 a.m.

Place:  515 Rusk
        Courtroom 9-B, 9th Floor
        Houston, Texas

To:     All Parties of Record
        *DEFENDANT MUST BE PRESENT*

For inquiries regarding the above setting please contact:

Sheila R. Anderson,
Case Manager for
Senior United States District Judge Sim Lake

sheila_r_anderson@txs.uscourts.gov

September 9, 2021