United States District Court
Southern District of Texas

**ENTERED**
September 17, 2021
Nathan Ochsner, Clerk

Cause Number: H-18-339
Cause Name: United States v. Dustin Curry, et al

Appearances:

| Counsel: | Representing |
|---|---|
| United States of America | Devon Helfmeyer / Courtney Chester |
| Defendant Carr (#2) | Michael Wynn / Alexis Summers |
| Defendant Barnes (#3) | Cornel A. Williams |
| Defendant Hughey (#4) | David M. Finn |

Date: 9/17/2021

Reporter: H. Alcaraz

Law Clerk: _____

Time: 11:30 / 11:40 a.m.
      ____ / ____ p.m.

## HEARING
## MINUTES AND ORDER

At the hearing the following rulings were made:

Defendant Carr's pending motions (docket entry nos. 137 and 138) are **DENIED without prejudice** to being re-urged.

Defendant Carr's motion for continuance (docket entry no. 144) is **GRANTED**. No further motions to continue will be permitted except by Attorney Wynn.

Attorney Wynn to file any further motion to continue by 10/7/21.

The parties are to notify the court by 11/4/21 of any pleas and provide the court with proposed re-arraignment dates. If there are no pleas then the parties will submit a list of dates for trial in January 2022.

The Clerk will file the Minutes and Order and provide copies to the parties.

_____
Sim Lake
Senior United States District Judge