U.S. DISTRICT JUDGE **SIM LAKE**  CLERK, U.S. DISTRICT COURT
CASE MANAGER   S. ANDERSON        RPTR / ~~ERO~~  H. ALCARAZ     SOUTHERN DISTRICT OF TEXAS
LAW CLERK   J. WEST               INTERPRETER                    FILED

September 20, 2021

TIME  11:30 | 11:50  A.M.         |        P.M.                  NATHAN OSCHNER, CLERK
       begin   end          begin    end

CR. NO.   H-18-339        DEFT. NO.   1

UNITED STATES OF AMERICA          §    Devon Helfmeyer / Courtney Chester   AUSA
                                  §
vs.                               §
                                  §
  DUSTIN CURRY                    §    James R. Alston / Carmen M. Roe   ☒ Retained
DEFENDANT NAME

## REARRAIGNMENT

☐ Defendant waived his right to appear in person and consented to appear by video
☒ Oath administered to Deft.
☒ Rearraignment held on ct(s) _1_.
☒ Deft enters a plea of ☒ gpl. (guilty)  ☐ ngpl. (not guilty)  ☐ nolopl. (nolo).
☐ Indictment waived.
☒ PLEA AGREEMENT:   - **SEALED** Plea Agreement executed by all Parties -

☒ Order for PSI setting Disclosure and Sentencing dates signed.
☐ PSI waived.
☒ Sentencing set   12/14/21   at   2:00 pm  , before Judge Sim Lake.
☐ Jury trial set _____ at _____, before Judge Sim Lake.
☐ Deft bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ Deft failed to appear, bench warrant to issue.
☒ Deft bond ☒ continued ☐ forfeited.
☐ Deft remanded to custody.
☐ Consent to Administration of Guilty Plea before United States Magistrate Judge.
☒ Terminate other settings for this deft.    ☒ Terminate motions for this deft.
☐ OTHER PROCEEDINGS: