United States District Court
Southern District of Texas

**ENTERED**

September 20, 2021

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA            §
                                    §
versus                              §        CRIMINAL H-4:18-339 (1)
                                    §
DUSTIN CURRY                        §

Order for Presentence Investigation and
Disclosure & Sentencing Dates

The defendant having been found guilty on count(s) ___1___ a presentence report is ordered.

1. By <u>November 1, 2021</u>, the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By <u>November 15, 2021</u>, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By <u>November 29, 2021</u>, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for **December 14, 2021**, at **2:00** p.m. (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. A defendant who is on bond must go immediately—with a copy of this order—to:

United States Probation Department
Room 2301, 515 Rusk Avenue, Houston
Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed: September 20, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:  United States Probation
AUSA:  Devon Helfmeyer / Aleza Remis
Defense Counsel:  James Ray Alston / Carmen Mae Roe
Defendant is  ☑ on bond  ☐ in custody.