United States District Court
Southern District of Texas
**ENTERED**
October 06, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| v. | §   4:18-CR-00339-001 |
| DUSTIN CURRY, | § |
| Defendant. | § |

ORDER RESETTING DISCLOSURE DATE AND SENTENCING

At the request of the United States, the sentencing of the defendant is reset:

1. The presentence investigation report will be made available to the defendant on __January 7, 2022__.

2. Counsel will have fourteen days after disclosure to file objections to the presentence investigation report.

3. The final copy of the presentence investigation report will be filed with the Court seven (7) days prior to sentencing.

4. Sentencing will be held on __February 17__, 2022, at __2:00 pm__.

Signed, ~~this~~ __October 6__, 2021, at Houston, Texas.

Sim Lake
United States District Judge