IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CASE NO. 4:18-cr-00339

UNITED STATES OF AMERICA

vs.

DUSTIN CURRY,
CLINT CARR,
HASSAN BARNES, and
FRASIEL HUGHEY,
          Defendants.

## ORDER

Having considered the United States' Motion for Authorization to Release Four Telephone Recordings Subject to Privilege Assertion, and for good cause shown,

**IT IS HEREBY ORDERED THAT** the United States' motion is **GRANTED.**

**IT IS FURTHER ORDERED THAT** the Filter Team is authorized to release to the Prosecution Team the four Subject Recordings referenced in the United States' Motion.

IT IS SO ORDERED this the 2nd day of November, 2021.

THE HONORABLE Sim Lake