# EXHIBIT A

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Rolando B. Pablos
Secretary of State

# Forfeiture pursuant to Section 171.309 of the Texas Tax Code
## of
## CC Pharmacy, LLC

File Number : 802325414                Certificate / Charter forfeited :   October 19, 2018

The Secretary of State finds that:

1. The Secretary has received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code indicating that there are grounds for the forfeiture of the taxable entity's charter, certificate or registration; and

2. The Comptroller of Public Accounts has determined that the taxable entity has not revived its forfeited privileges within 120 days after the date that the privileges were forfeited.

Therefore, pursuant to Section 171.309 of the Texas Tax Code, the Secretary of State hereby forfeits the charter, certificate or registration of the taxable entity as of the date noted above and records this notice of forfeiture in the permanent files and records of the entity.





Rolando B. Pablos
Secretary of State

Come visit us on the Internet @http://www.sos.state.tx.us/
(512) 463-5555                FAX (512) 463-5709                TTY 7-1-1





# Franchise Tax Account Status

As of : 10/04/2021 09:10:55

This page is valid for most business transactions but is not sufficient for filings with the Secretary of State

| CC PHARMACY, LLC | |
|---|---|
| Texas Taxpayer Number | 32058740427 |
| Mailing Address | 16607 CACTUS BLOSSOM TRL CYPRESS, TX 77433-6360 |
| ❓ Right to Transact Business in Texas | FRANCHISE TAX INVOLUNTARILY ENDED  Request tax clearance to reinstate entity |
| State of Formation | TX |
| Effective SOS Registration Date | 11/05/2015 |
| Texas SOS File Number | 0802325414 |
| Registered Agent Name | CLINT CARR |
| Registered Office Street Address | 16607 CACTUS BLOSSOM TRL CYPRESS, TX 77433 |

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Rolando B. Pablos
Secretary of State

# Forfeiture pursuant to Section 171.309 of the Texas Tax Code
## of
## CC Pharmacy 2, LLC

File Number : 802405082          Certificate / Charter forfeited : October 19, 2018

The Secretary of State finds that:

1. The Secretary has received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code indicating that there are grounds for the forfeiture of the taxable entity's charter, certificate or registration; and

2. The Comptroller of Public Accounts has determined that the taxable entity has not revived its forfeited privileges within 120 days after the date that the privileges were forfeited.

Therefore, pursuant to Section 171.309 of the Texas Tax Code, the Secretary of State hereby forfeits the charter, certificate or registration of the taxable entity as of the date noted above and records this notice of forfeiture in the permanent files and records of the entity.





Rolando B. Pablos
Secretary of State





# Franchise Tax Account Status
As of : 10/04/2021 09:11:43

This page is valid for most business transactions but is not sufficient for filings with the Secretary of State

| CC PHARMACY 2, LLC | |
|---|---|
| Texas Taxpayer Number | 32059759715 |
| Mailing Address | 3200 SOUTHWEST FWY STE 2200 HOUSTON, TX 77027-7533 |
| ❓ Right to Transact Business in Texas | FRANCHISE TAX INVOLUNTARILY ENDED Request tax clearance to reinstate entity |
| State of Formation | TX |
| Effective SOS Registration Date | 03/02/2016 |
| Texas SOS File Number | 0802405082 |
| Registered Agent Name | JOEL RHEMAN |
| Registered Office Street Address | 3200 SOUTHWEST FREEWAY, SUITE 2200 HOUSTON, TX 77027 |

Corporations Section  
P.O.Box 13697  
Austin, Texas 78711-3697



Ruth R. Hughs  
Secretary of State

# Forfeiture pursuant to Section 171.309 of the Texas Tax Code
## of
## CC Pharmacy 3, LLC

File Number : 802589513          Certificate / Charter forfeited :   February 28, 2020

The Secretary of State finds that:

1. The Secretary has received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code indicating that there are grounds for the forfeiture of the taxable entity's charter, certificate or registration; and

2. The Comptroller of Public Accounts has determined that the taxable entity has not revived its forfeited privileges within 120 days after the date that the privileges were forfeited.

Therefore, pursuant to Section 171.309 of the Texas Tax Code, the Secretary of State hereby forfeits the charter, certificate or registration of the taxable entity as of the date noted above and records this notice of forfeiture in the permanent files and records of the entity.





Ruth R. Hughs  
Secretary of State





# Franchise Tax Account Status

As of : 10/04/2021 09:12:29

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

| CC PHARMACY 3, LLC | |
|---|---|
| Texas Taxpayer Number | 32062142974 |
| Mailing Address | 337 SOUTHWESTERN BLVD SUGAR CREEK SUGAR LAND, TX 77478-0000 |
| ❓ Right to Transact Business in Texas | FRANCHISE TAX INVOLUNTARILY ENDED <br> Request tax clearance to reinstate entity |
| State of Formation | TX |
| Effective SOS Registration Date | 11/22/2016 |
| Texas SOS File Number | 0802589513 |
| Registered Agent Name | STEPHEN JACKSON |
| Registered Office Street Address | 337 SOUTHWESTERN BLVD, SUGAR CREEK SUGAR LAND, TX 77478 |