# EXHIBIT D

# TEXAS SECRETARY of STATE
## JOSE A. ESPARZA

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802325414 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | November 4, 2015 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32058740427 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | CC Pharmacy, LLC | | |
| **Address:** | 16607 CACTUS BLOSSOM TRL<br>Cypress, TX 77433-6360 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **View Image** | **Document Number** | **Filing Type** | **Filing Date** | **Effective Date** | **Eff. Cond** | **Page Count** |
| | 639294660003 | Certificate of Formation | November 4, 2015 | November 5, 2015 | No | 2 |
| | 650544680002 | Restated Certificate of Formation | January 15, 2016 | January 15, 2016 | No | 5 |
| | 844754284467 | Tax Forfeiture | October 19, 2018 | October 19, 2018 | No | 1 |

[Order]   [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOSE A. ESPARZA

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802405082 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | March 2, 2016 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32059759715 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | CC Pharmacy 2, LLC | | |
| **Address:** | 3200 SOUTHWEST FWY STE 2200 HOUSTON, TX 77027-7533 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **View Image** | **Document Number** | **Filing Type** | **Filing Date** | **Effective Date** | **Eff. Cond** | **Page Count** |
| | 658964830002 | Certificate of Formation | March 2, 2016 | March 2, 2016 | No | 3 |
| | 844754284680 | Tax Forfeiture | October 19, 2018 | October 19, 2018 | No | 1 |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
## JOSE A. ESPARZA

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 802589513 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | November 22, 2016 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32062142974 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | CC Pharmacy 3, LLC | | |
| **Address:** | 337 SOUTHWESTERN BLVD SUGAR CREEK SUGAR LAND, TX 77478-0000 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
| | 701198920002 | Certificate of Formation | November 22, 2016 | November 22, 2016 | No | 4 |
| | 844754285164 | Tax Forfeiture | October 19, 2018 | October 19, 2018 | No | 1 |
| | 872200550002 | Reinstatement | March 5, 2019 | March 5, 2019 | No | 2 |
| | 873326340002 | Certificate of Amendment | March 11, 2019 | March 11, 2019 | No | 3 |
| | 951736698788 | Tax Forfeiture | February 28, 2020 | February 28, 2020 | No | 1 |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.