# EXHIBIT C

# TEXAS STATE BOARD OF PHARMACY

## Texas Pharmacy License # 30743

### CC PHARMACY

#### License Information

**License Status** Expired Pharm
**License #** 30743
**Expiration Date** 03/31/2018
**Date License Issued** 03/28/2016

#### Address

2656 S LOOP W STE 395
HOUSTON, TX  77054
**County**  HARRIS
**Phone**  (832) 940-1566

#### Pharmacy Details

**Prior Disciplinary Orders***     No

* Information relating to disciplinary orders is current as of 30 days prior to this date. Please note that disciplinary orders entered more than 10 years ago are not available online. A written request for information regarding prior disciplinary orders may be submitted to the office of the Texas State Board of Pharmacy. Any disciplinary orders entered pursuant to Chapter 564 of the Texas Pharmacy Act are confidential and not subject to public disclosure.

**Class of Pharmacy**  Community Pharmacy
**Type of Ownership**  LLC
**Type of Pharmacy**  Community Independent
**# of Hospital beds**

#### Employment Information

**Pharmacist in Charge**
Unknown

#### Pharmacy Profile ¥

**Accessible to disabled persons?**     Yes

**Participates in the Texas Medicaid program?**     Yes

**Translating services (Listed Below If Available)**

    Spanish

¥ Please note: The data regarding accessibility, translating services, and insurance participation is self-reported by the license holder and no warranty regarding the information is created. Therefore, neither the State of Texas nor the licensing agency accept any legal liability or responsibility or may be held liable or responsible for the accuracy, completeness, timeliness, or usefulness of this information. Should you have any concern as to the accuracy of the data in this system, please contact the license holder or facility for clarification.

#### Remedial Plans and Inspection Reports

- 850025 30743 CCPHARMACY 2016-09 09-2021.pdf

Remedial Plans and/or Inspection Reports (if any) are shown above and subject to removal at the end of the 5th fiscal year after the Board enters the plan.

#### Services Provided

| | |
|---|---|
| No  | Nuclear |
| Yes | Out-Patient Prescriptions |
| No  | Ship Prescription Out of State |
| No  | Class D (Expanded Formulary) |
| No  | Class D (Alternative Visit Schedule) |
| No  | Compounding Sterile-Risk Level Low |
| No  | Compounding Sterile-Risk Level Med |
| No  | Compounding Sterile-Risk Level High |
| No  | Compounding Non-Sterile |
| No  | 24 Hour Service |
| No  | Closed Door |
| No  | Compounding, Office Use |
| No  | Home Delivery |
| No  | Infusion |
| No  | Pharmacist Administered Immunizations |
| No  | Veterinary Prescriptions |
| No  | In-Patient Medication Orders |
| No  | Out-Patient Surgery |
| No  | Rural Hospital |

| | |
|---|---|
| No | Tech Check Tech |
| No | 503b Outsourcing Facility |
| No | Other Services |

### Texas Pharmacist Employment information

| Pharmacist Name | License # | Registr. Date | Expir. Date | Emp. Status | License Status |
|---|---|---|---|---|---|

Page 0 of 0    20    No records to view

### Texas Registered Technicians/Trainees Employment information

| Technician/Trainee Name | License # | Registr. Date | Expir. Date | Emp. Status | Reg. Status |
|---|---|---|---|---|---|

Page 0 of 0    20    No records to view

### Texas Remote Pharmacy information

| Remote Pharmacy Name | Registr. # | Address | City | State | Zipcode |
|---|---|---|---|---|---|

Page 0 of 0    20    No records to view

### Texas Pharmacy Owner information

| Owner Name | Owner Title | Address | City | State | Zipcode |
|---|---|---|---|---|---|
| CC PHARMACY, LLC | OWNER | , | | | |
| CARR, CLINT CARRINGTON | OFFICER | , | | | |

Page 1 of 1    20    View 1 - 2 of 2

The Texas State Board of Pharmacy certifies that it maintains the information for the license verification function of this website, performs daily updates to the website, and considers the website to be a secure, primary source for license verification.

# ATTEMPTED INSPECTION

Texas State Board of Pharmacy
333 Guadalupe Street, Suite 3-600
Austin, Texas 78701-3942
(512) 305-8000

| Name of Facility | Pharmacy Lic. # | Expires |
|---|---|---|
| CC Pharmacy | 30743 | |
| Address | | |
| 2656 S. Loop W Ste. 395 | | |
| City/State | Zip | Phone # |
| Houston, TX | | 832.940.1566 |
| Class of Pharmacy | Date | Time |
| A | 9-29-16 | 1:30 PM |

## COMMENTS:

_____ (1) Pharmacy has ceased operation

_____ (2) Pharmacy has not begun operation

_____ (3) Pharmacy is not open full-time

Hours of operation: _____

_____ (4) Other/Comments: _No answer at listed phone #._

_____

_____

_____

_____

_____

_Michele Ra_ [signature]
TSBP Agent Signature

Witness:

_____
Signature

06/15

# TEXAS STATE BOARD OF PHARMACY

## Texas Pharmacy License # 31312

### CC PHARMACY 3

**License Information**

**License Status** Expired Pharm
**License #** 31312
**Expiration Date** 03/31/2019
**Date License Issued** 03/06/2017

**Address**

3000 JOE DIMAGGIO BLVD STE 57
ROUND ROCK, TX 78665
**County** WILLIAMSON
**Phone**

**Pharmacy Details**

**Prior Disciplinary Orders*** No

*  Information relating to disciplinary orders is current as of 30 days prior to this date. Please note that disciplinary orders entered more than 10 years ago are not available online. A written request for information regarding prior disciplinary orders may be submitted to the office of the Texas State Board of Pharmacy. Any disciplinary orders entered pursuant to Chapter 564 of the Texas Pharmacy Act are confidential and not subject to public disclosure.

**Class of Pharmacy** Community Pharmacy
**Type of Ownership** LLC
**Type of Pharmacy** Community Independent
**# of Hospital beds**

**Employment Information**

**Pharmacist in Charge**
THOMPSON, BERNARD

**Pharmacy Profile ¥**

**Accessible to disabled persons?** Yes

**Participates in the Texas Medicaid program?** Yes

**Translating services (Listed Below If Available)**

Spanish

¥ Please note: The data regarding accessibility, translating services, and insurance participation is self-reported by the license holder and no warranty regarding the information is created. Therefore, neither the State of Texas nor the licensing agency accept any legal liability or responsibility or may be held liable or responsible for the accuracy, completeness, timeliness, or usefulness of this information. Should you have any concern as to the accuracy of the data in this system, please contact the license holder or facility for clarification.

**Remedial Plans and Inspection Reports**

Remedial Plans and/or Inspection Reports (if any) are shown above and subject to removal at the end of the 5th fiscal year after the Board enters the plan.

**Services Provided**

| | |
|---|---|
| No | Nuclear |
| Yes | Out-Patient Prescriptions |
| No | Ship Prescription Out of State |
| No | Class D (Expanded Formulary) |
| No | Class D (Alternative Visit Schedule) |
| No | Compounding Sterile-Risk Level Low |
| No | Compounding Sterile-Risk Level Med |
| No | Compounding Sterile-Risk Level High |
| No | Compounding Non-Sterile |
| No | 24 Hour Service |
| No | Closed Door |
| No | Compounding, Office Use |
| No | Home Delivery |
| No | Infusion |
| No | Pharmacist Administered Immunizations |
| No | Veterinary Prescriptions |
| No | In-Patient Medication Orders |
| No | Out-Patient Surgery |
| No | Rural Hospital |
| No | Tech Check Tech |

| | |
|---|---|
| No | **503b Outsourcing Facility** |
| No | **Other Services** |

### Texas Pharmacist Employment information

| Pharmacist Name | License # | Registr. Date | Expir. Date | Emp. Status | License Status |
|---|---|---|---|---|---|
| THOMPSON, BERNARD | 23724 | 01/23/1979 | 09/30/2022 | PIC | Active |

Page 1 of 0   20   View 1 - 1 of 1

### Texas Registered Technicians/Trainees Employment information

| Technician/Trainee Name | License # | Registr. Date | Expir. Date | Emp. Status | Reg. Status |
|---|---|---|---|---|---|

Page 0 of 0   20   No records to view

### Texas Remote Pharmacy information

| Remote Pharmacy Name | Registr. # | Address | City | State | Zipcode |
|---|---|---|---|---|---|

Page 0 of 0   20   No records to view

### Texas Pharmacy Owner information

| Owner Name | Owner Title | Address | City | State | Zipcode |
|---|---|---|---|---|---|
| CC PHARMACY 3 LLC | OWNER | , | | | |
| NAVARETTE, CESSLYNE | OFFICER | , | | | |

Page 1 of 1   20   View 1 - 2 of 2

The Texas State Board of Pharmacy certifies that it maintains the information for the license verification function of this website, performs daily updates to the website, and considers the website to be a secure, primary source for license verification.

# Texas Pharmacy Search

Search Options > New Search
Search Help - Status Codes - Terms of Use

## License Verifications for Pharmacies

| | | |
|---|---|---|
| License Number | [          ] | equal to (This search will exclude all other parameters) |
| Pharmacy Name | [CC Pharmacy 2] | contains |
| Owner Name | [          ] | contains (Last Name, First or Company) |
| Owner Pharmacist License Number | [          ] | equal to |
| Street Name | [          ] | contains |
| City | Choose One (Optional) ▼ | |
| County | Choose One (Optional) ▼ | |
| Zip Code | [          ] | equal to (5 digit zip code) |

[Search] [Reset]



## Texas Pharmacy Search Results

Search Options > New Search > Search Results
Search Help - Status Codes - Terms of Use
Texas Pharmacy Search Results

| Pharmacy Name | License # | Status | Address | City | State |
|---|---|---|---|---|---|

Page 0 of 0  20 ⌄                         No records to view

WarningPlease, select row