# EXHIBIT D



**User Name:** Michael Murali
**Date and Time:** Friday, October 8, 2021 7:12:00 PM EDT
**Job Number:** 154894595

## Document (1)

1. *CC PHARMACY, LLC; Experian Commercial Credit Scores*

   **Client/Matter:** -None-
   **Search Terms:** "cc pharmacy"
   **Search Type:** Natural Language
   **Narrowed by:**

   | **Content Type** | **Narrowed by** |
   |---|---|
   | Company and Financial | Location: Texas; Publisher: Experian Information Solutions, Inc.; Timeline: Jan 01, 2019 to Dec 31, 2021 |

## *CC PHARMACY, LLC; Experian Commercial Credit Scores*

May 9, 2020

CC PHARMACY, LLC

16607 CACTUS BLOSSOM TRL

CYPRESS, Texas 77433-6360

UNITED STATES

**Metropolitan Statistical Area:**

**County:** HARRIS

**Other Locations:**

**ADDRESS TYPE:** Street Address

**LOCATION:** Single Entity

**LATITUDE:** 29.925500 North

**LONGITUDE:** 95.708300 West

**Content/Coverage Date:**    ESTABLISH DATE (in Experian Database):    November 19, 2015

## Company Identifiers

**EXPERIAN BUSINESS ID:** 407076871

CC PHARMACY, LLC; Experian Commercial Credit Scores

## Company Information

**Employees:**

**Legal Status:** Corporation

**ESTIMATED NUMBER OF EMPLOYEES:** 3

**EMPLOYEE SIZE RANGE:** 1-4

**EXECUTIVE COUNT:** 1

**YEARS IN BUSINESS:** 6 to 10 Years

**YEAR BUSINESS STARTED:** 2015

Experian Powered Business Reports

## Executives

DUSTINCURRY, MANAGER

## Description

**Industry Type:** Retail

## Market And Industry

**NAICS Codes:**

446110 - Pharmacies and Drug Stores

**SIC Codes:**

5912 - Drugstores and proprietary stores

59120500 - 59120500

## Financials

CC PHARMACY, LLC; Experian Commercial Credit Scores

**ESTIMATED ANNUAL SALES:** USD +880,000

**ESTIMATED STATISTICAL SALES:** $500 M to $999.9 M

## Business Analysis

**MOST RECENT UPDATE:** 12 - 18 Months

* * * * * * * * * * **COMMERCIAL CREDIT RATING MODEL** * * * * * * * * * *

**Business Delinquency Risk**  - The propensity for a business to fall 90+ days past its payment terms in the coming 12 months

| Delinquency Risk | Score Range |
|---|---|
| Low | 76-100 |
| Low-Medium | 51-75 |
| Medium | 26-50 |
| Medium-High | 11-25 |
| High | 1-10 |

**This business falls within the following Delinquency Risk Category:** * * LOW-MEDIUM RISK * *

**TRENDING:** Positive

**Factors Lowering the Score:**

    RISK ASSOCIATED WITH COMPANY'S INDUSTRY

    NUMBER OF EMPLOYEES

* * * * * * * * * * **FINANCIAL STABILITY RISK** * * * * * * * * *

**Business Stability Risk**  - The propensity for a business to go out of business in the coming 12 months

CC PHARMACY, LLC; Experian Commercial Credit Scores

| Stability Risk | Score Range |
|---|---|
| Low | 66-100 |
| Low-Medium | 31-65 |
| Medium | 11-30 |
| Medium High | 4-10 |
| High | 1-3 |

**This business falls within the following Stability Risk Category: * * MEDIUM-HIGH RISK * ***

**Factors Lowering the Score:**

Lack of active commercial trades

Risk associated with the business type

Employee size of business

Risk associated with the company's industry sector

**\* \* \* \* \* \* \* \* \* BUSINESS INFORMATION \* \* \* \* \* \* \* \* \***

| Business Credit Information | | Business Legal Filings and Collections | |
|---|---|---|---|
| AVERAGE DBT 1st QTR: | 0 | BANKRUPTCY FILED: | 0 |
| AVERAGE DBT 2nd QTR: | 0 | TOTAL OF TAX LIENS: | 0 |
| AVERAGE DBT 3rd QTR: | 0 | JUDGMENT COUNT: | 0 |
| AVERAGE DBT 4th QTR: | 0 | COLLECTION COUNT: | 0 |
| AVERAGE DBT 5th QTR: | 0 | LIEN COUNT: | 0 |
| COMBINED DBT: | 0 | UCC COUNT: | 0 |
| DBT OF COMBINED TRADE TOTALS: | 999 | UCC DATA INDICATOR: | No UCC |
| | | LEGAL BALANCE AMOUNT: | $0 |
| TOTAL ACCOUNT BALANCE: | $0 | LEGAL FILINGS: | 0 |
| COMBINED ACCOUNT BALANCE: | $0 | LEGAL ITEMS: | 0 |
| | | COTTAGE INDICATOR: | Residential / SOHO Business Profit |
| | | NON-PROFIT INDICATOR: | |

Michael Murali

CC PHARMACY, LLC; Experian Commercial Credit Scores

## * * * * * * * * * * BANKRUPTCY * * * * * * * * * *

| | |
|---|---|
| BANKRUPTCY FILED (LAST 10 YEARS): | No |
| BANKRUPTCY COUNT (LAST 24 MOS): | 0 |
| NON-FILED ACTIONS COUNT: | 0 |
| PRESENCE OF OPEN BANKRUPTCIES: | 0 |
| LIABILITY BALANCE OF BANKRUPTCY FILINGS: | $0 |
| TOTAL LIABILITY BALANCE FOR  NON-FILED BANKRUPTCY: | $0 |
| LIABILITY BALANCE OF NON-FILED BANKRUPTCY ACTIONS: | 0 |
| AGE (IN MOS) OF MOST RECENT BANKRUPTCY FILING: | 0 |

## * * * * * * * * * * TAX LIENS * * * * * * * * * *

| | |
|---|---|
| COUNT OF TAX LIENS (LAST 24 MOS): | 0 |
| TOTAL LIABILITY OF TAX LIENS: | $0 |
| TAX LIENS AGE (IN MONTHS): | 0 |
| AMOUNT OF TAX LIENS WITHIN LAST 24 MONTHS: | $0 |
| % TAX LIEN AMOUNT VS COMBINED TRADE BALANCE (LAST 24 MOS): | 0 |

## * * * * * * * * * * UNIFORM COMMERCIAL CODE FILINGS (UCC) * * * * * * * * * *

| | |
|---|---|
| TOTAL UCC FILINGS (Summary): | 0 |
| TOTAL UCC FILINGS UNSATISFIED (within last 24 months): | 0 |

## * * * * * * * * * * JUDGMENT  * * * * * * * * * *

| | |
|---|---|
| COUNT OF JUDGMENTS FILED: | 0 |
| COUNT OF JUDGMENTS  FILED (LAST 24 MOS): | 0 |

Michael Murali

CC PHARMACY, LLC; Experian Commercial Credit Scores

| | |
|---|---|
| **COUNT OF NON-FILED JUDGMENT ACTIONS:** | 0 |
| **LIABILITY AMOUNT FOR ORIGINAL JUDGMENTS:** | $0 |
| **LIABILITY AMOUNT FOR NON-FILED JUDGMENT (LAST 24 MOS):** | $0 |
| **LIABILITY AMOUNT FOR NON-FILED JUDGMENTS:** | $0 |
| **AGE OF MOST RECENT JUDGMENT FILED (IN MOS):** | 0 |
| **AGE OF MOST RECENT NON-FILED JUDGMENT (IN MOS):** | 0 |
| **TOTAL AMOUNT OF JUDGMENTS FILED (LAST 24 MOS):** | 0 |
| **%  JUDGMENT VS COMBINED TRADE BALANCE (LAST 24 MOS):** | 0 |

## * * * * * * * * * * AGED TRADE LINES * * * * * * * * * *

| | |
|---|---|
| **AGED TRADE (1-30 days past due):** | 0 |
| **AGED TRADE (31-60 days past due):** | 0 |
| **AGED TRADE (61-90 days past due):** | 0 |
| **AGED TRADE (91+ days past due):** | 0 |
| **COMBINED TRADE LINES COUNT:** | 0 |
| **COMBINED TRADE BALANCE:** | $0 |

## * * * * * * * * * * CREDIT AMOUNTS * * * * * * * * *

| | |
|---|---|
| **RECENT HIGH CREDIT:** | $0 |
| **MEDIAN CREDIT AMOUNT:** | $0 |

## * * * * * * * * * * DEROGATORY PUBLIC FILINGS * * * * * * * * * *

| | |
|---|---|
| **DEROGATORY INDICATOR:** | No |
| **DEROGATORY LIABILITY AMOUNT:** | $0 |
| **NUMBER OF DEROGATORY ITEMS:** | 0 |
| **AGE (IN MOS) MOST RECENT FILING WITHIN LAST 24 MOS:** | 0 |

Michael Murali

CC PHARMACY, LLC; Experian Commercial Credit Scores

**AVERAGE AGE (IN MOS) OF FILINGS WITHIN LAST 24 MOS**                          0

## Classification

**Subject:** PHARMACEUTICALS & BIOTECHNOLOGY (90%); PHARMACIES (90%)

**Company:** EXPERIAN PLC

Experian Commercial Credit Scores

Copyright 2021 Experian Information Solutions, Inc. , All Rights Reserved

**End of Document**



**User Name:** Michael Murali
**Date and Time:** Friday, October 8, 2021 7:14:00 PM EDT
**Job Number:** 154894680

## Document (1)

1. *CC PHARMACY 2, LLC; Experian Commercial Credit Scores*
   **Client/Matter:** -None-
   **Search Terms:** "cc pharmacy"
   **Search Type:** Natural Language
   **Narrowed by:**

   | **Content Type** | **Narrowed by** |
   | --- | --- |
   | Company and Financial | Location: Texas; Sources: Experian Commercial Credit Scores |

## *CC PHARMACY 2, LLC; Experian Commercial Credit Scores*

May 9, 2020

CC PHARMACY 2, LLC

3200 SOUTHWEST FWY STE 2200

HOUSTON, Texas 77027-7533

UNITED STATES


**Metropolitan Statistical Area:** 3360-HOUSTON TX

**County:** HARRIS

**Other Locations:**

**ADDRESS TYPE:** High Rise


**LOCATION:** Single Entity


**LATITUDE:** 29.730233 North


**LONGITUDE:** 95.428555 West


**Content/Coverage Date:**    ESTABLISH DATE (in Experian Database):    March 16, 2016

## Company Identifiers

**EXPERIAN BUSINESS ID:** 411562440

CC PHARMACY 2, LLC; Experian Commercial Credit Scores

## Company Information

**Employees:**

**Legal Status:** Corporation

**EXECUTIVE COUNT:** 1


**YEARS IN BUSINESS:** 3 to 5 Years

**YEAR BUSINESS STARTED:** 2016

Experian Powered Business Reports

## Executives

CLINTCCARR, MANAGER

## Description

**Industry Type:** Retail

## Market And Industry

**NAICS Codes:**

446110 - Pharmacies and Drug Stores

**SIC Codes:**

5912 - Drugstores and proprietary stores

59120000 - Drug Stores and Proprietary Stores

## Business Analysis

CC PHARMACY 2, LLC; Experian Commercial Credit Scores

**MOST RECENT UPDATE:** 12 - 18 Months

**\* \* \* \* \* \* \* \* \* COMMERCIAL CREDIT RATING MODEL \* \* \* \* \* \* \* \* \* \***

**Business Delinquency Risk**  - The propensity for a business to fall 90+ days past its payment terms in the coming 12 months

| Delinquency Risk | Score Range |
|---|---|
| Low | 76-100 |
| Low-Medium | 51-75 |
| Medium | 26-50 |
| Medium-High | 11-25 |
| High | 1-10 |

**This business falls within the following Delinquency Risk Category: \* \* LOW-MEDIUM RISK \* \***

**TRENDING:** Positive

**Factors Lowering the Score:**

NUMBER OF EMPLOYEES

RISK ASSOCIATED WITH COMPANY'S INDUSTRY

**\* \* \* \* \* \* \* \* \* FINANCIAL STABILITY RISK \* \* \* \* \* \* \* \* \***

**Business Stability Risk**  - The propensity for a business to go out of business in the coming 12 months

| Stability Risk | Score Range |
|---|---|
| Low | 66-100 |
| Low-Medium | 31-65 |
| Medium | 11-30 |
| Medium High | 4-10 |
| High | 1-3 |

CC PHARMACY 2, LLC; Experian Commercial Credit Scores

**This business falls within the following Stability Risk Category:** * * MEDIUM-HIGH RISK * *

**Factors Lowering the Score:**

Lack of active commercial trades

Risk associated with the business type

Employee size of business

Risk associated with the company's industry sector

**\* \* \* \* \* \* \* \* \* BUSINESS INFORMATION \* \* \* \* \* \* \* \* \***

| **Business Credit Information** | | **Business Legal Filings and Collections** | |
|---|---|---|---|
| AVERAGE DBT 1st QTR: | 0 | BANKRUPTCY FILED: | 0 |
| AVERAGE DBT 2nd QTR: | 0 | TOTAL OF TAX LIENS: | 0 |
| AVERAGE DBT 3rd QTR: | 0 | JUDGMENT COUNT: | 0 |
| AVERAGE DBT 4th QTR: | 0 | COLLECTION COUNT: | 0 |
| AVERAGE DBT 5th QTR: | 0 | LIEN COUNT: | 0 |
| COMBINED DBT: | 0 | UCC COUNT: | 0 |
| DBT OF COMBINED TRADE TOTALS: | 999 | UCC DATA INDICATOR: | No UCC |
| | | LEGAL BALANCE AMOUNT: | $0 |
| TOTAL ACCOUNT BALANCE: | $0 | LEGAL FILINGS: | 0 |
| COMBINED ACCOUNT BALANCE: | $0 | LEGAL ITEMS: | 0 |
| | | NON-PROFIT INDICATOR: | Profit |

**\* \* \* \* \* \* \* \* \* BANKRUPTCY \* \* \* \* \* \* \* \* \***

| | |
|---|---|
| BANKRUPTCY FILED (LAST 10 YEARS): | No |
| BANKRUPTCY COUNT (LAST 24 MOS): | 0 |
| NON-FILED ACTIONS COUNT: | 0 |
| PRESENCE OF OPEN BANKRUPTCIES: | 0 |

Michael Murali

CC PHARMACY 2, LLC; Experian Commercial Credit Scores

|  |  |
|---|---|
| | $0 |
| **LIABILITY BALANCE OF BANKRUPTCY FILINGS:** | |
| | $0 |
| **TOTAL LIABILITY BALANCE FOR  NON-FILED BANKRUPTCY:** | |
| | 0 |
| **LIABILITY BALANCE OF NON-FILED BANKRUPTCY ACTIONS:** | |
| | 0 |
| **AGE (IN MOS) OF MOST RECENT BANKRUPTCY FILING:** | |

## * * * * * * * * * * TAX LIENS * * * * * * * * *

|  |  |
|---|---|
| | 0 |
| **COUNT OF TAX LIENS (LAST 24 MOS):** | |
| | $0 |
| **TOTAL LIABILITY OF TAX LIENS:** | |
| | 0 |
| **TAX LIENS AGE (IN MONTHS):** | |
| | $0 |
| **AMOUNT OF TAX LIENS WITHIN LAST 24 MONTHS:** | |
| | 0 |
| **% TAX LIEN AMOUNT VS COMBINED TRADE BALANCE (LAST 24 MOS):** | |

## * * * * * * * * * * UNIFORM COMMERCIAL CODE FILINGS (UCC) * * * * * * * * *

|  |  |
|---|---|
| | 0 |
| **TOTAL UCC FILINGS (Summary):** | |
| | 0 |
| **TOTAL UCC FILINGS UNSATISFIED (within last 24 months):** | |

## * * * * * * * * * * JUDGMENT  * * * * * * * * *

|  |  |
|---|---|
| | 0 |
| **COUNT OF JUDGMENTS FILED:** | |
| | 0 |
| **COUNT OF JUDGMENTS  FILED (LAST 24 MOS):** | |
| | 0 |
| **COUNT OF NON-FILED JUDGMENT ACTIONS:** | |
| | $0 |
| **LIABILITY AMOUNT FOR ORIGINAL JUDGMENTS:** | |
| | $0 |
| **LIABILITY AMOUNT FOR NON-FILED JUDGMENT (LAST 24 MOS):** | |
| | $0 |
| **LIABILITY AMOUNT FOR NON-FILED JUDGMENTS:** | |
| | 0 |
| **AGE OF MOST RECENT JUDGMENT FILED (IN MOS):** | |
| | 0 |
| **AGE OF MOST RECENT NON-FILED JUDGMENT (IN MOS):** | |
| | 0 |
| **TOTAL AMOUNT OF JUDGMENTS FILED (LAST 24 MOS):** | |

Michael Murali

CC PHARMACY 2, LLC; Experian Commercial Credit Scores

**% JUDGMENT VS COMBINED TRADE BALANCE (LAST 24 MOS):** 0

## * * * * * * * * * * AGED TRADE LINES * * * * * * * * *

**AGED TRADE (1-30 days past due):** 0

**AGED TRADE (31-60 days past due):** 0

**AGED TRADE (61-90 days past due):** 0

**AGED TRADE (91+ days past due):** 0

**COMBINED TRADE LINES COUNT:** 0

**COMBINED TRADE BALANCE:** $0

## * * * * * * * * * * CREDIT AMOUNTS * * * * * * * * *

**RECENT HIGH CREDIT:** $0

**MEDIAN CREDIT AMOUNT:** $0

## * * * * * * * * * * DEROGATORY PUBLIC FILINGS * * * * * * * * * *

**DEROGATORY INDICATOR:** No

**DEROGATORY LIABILITY AMOUNT:** $0

**NUMBER OF DEROGATORY ITEMS:** 0

**AGE (IN MOS) MOST RECENT FILING WITHIN LAST 24 MOS:** 0

**AVERAGE AGE (IN MOS) OF FILINGS WITHIN LAST 24 MOS** 0

## Classification

**Subject:** PHARMACEUTICALS & BIOTECHNOLOGY (90%); PHARMACIES (90%)

**Company:** EXPERIAN PLC

Michael Murali

CC PHARMACY 2, LLC; Experian Commercial Credit Scores

Experian Commercial Credit Scores

Copyright 2021 Experian Information Solutions, Inc. , All Rights Reserved

**End of Document**



**User Name:** Michael Murali

**Date and Time:** Friday, October 8, 2021 7:15:00 PM EDT

**Job Number:** 154894706

## Document (1)

1. *CC PHARMACY 3, LLC; Experian Commercial Credit Scores*

   **Client/Matter:** -None-

   **Search Terms:** "cc pharmacy"

   **Search Type:** Natural Language

   **Narrowed by:**

   | **Content Type** | **Narrowed by** |
   |---|---|
   | Company and Financial | Location: Texas; Sources: Experian Commercial Credit Scores |

## *CC PHARMACY 3, LLC; Experian Commercial Credit Scores*

May 13, 2021

CC PHARMACY 3, LLC

3200 SOUTHWEST FWY STE 2200

HOUSTON, Texas 77027-7533

UNITED STATES


**Metropolitan Statistical Area:** 3360-HOUSTON TX

**County:** HARRIS

**Other Locations:**

**ADDRESS TYPE:** High Rise


**LOCATION:** Headquarters


**LATITUDE:** 29.730233 North


**LONGITUDE:** 95.428555 West


**Content/Coverage Date:**      ESTABLISH DATE (in Experian Database):      December 8, 2016


## Company Identifiers

**EXPERIAN BUSINESS ID:** 420547487

CC PHARMACY 3, LLC; Experian Commercial Credit Scores

## Company Information

**Employees:**

**Legal Status:** Corporation

**ESTIMATED NUMBER OF EMPLOYEES:** 6

**EMPLOYEE SIZE RANGE:** 5-9

**EXECUTIVE COUNT:** 1

**YEARS IN BUSINESS:** 3 to 5 Years

**YEAR BUSINESS STARTED:** 2016

*Experian Powered Business Reports*

## Executives

CLINTCCARR, MANAGER

## Description

**Industry Type:** Retail

## Market And Industry

**NAICS Codes:**

446110 - Pharmacies and Drug Stores

**SIC Codes:**

5912 - Drugstores and proprietary stores

59120000 - Drug Stores and Proprietary Stores

59120500 - 59120500

CC PHARMACY 3, LLC; Experian Commercial Credit Scores

## Financials

**ESTIMATED ANNUAL SALES:** USD +1,875,000

**ESTIMATED STATISTICAL SALES:** $1 MM to $4.9 MM

## Business Analysis

**MOST RECENT UPDATE:** 3 - 6 Months

* * * * * * * * * * **COMMERCIAL CREDIT RATING MODEL** * * * * * * * * * *

**Business Delinquency Risk**  - The propensity for a business to fall 90+ days past its payment terms in the coming 12 months

| Delinquency Risk | Score Range |
|---|---|
| Low | 76-100 |
| Low-Medium | 51-75 |
| Medium | 26-50 |
| Medium-High | 11-25 |
| High | 1-10 |

**This business falls within the following Delinquency Risk Category:** * * MEDIUM RISK * *

**TRENDING:** Positive

**Factors Lowering the Score:**

NUMBER OF CURRENT COMMERCIAL ACCOUNTS

NUMBER OF RECENTLY ACTIVE COMMERCIAL ACCOUNTS

NUMBER OF COMMERCIAL ACCOUNTS CONTINUOUSLY UPDATED

CC PHARMACY 3, LLC; Experian Commercial Credit Scores

**\* \* \* \* \* \* \* \* \* FINANCIAL STABILITY RISK \* \* \* \* \* \* \* \* \***

**Business Stability Risk**  - The propensity for a business to go out of business in the coming 12 months

| Stability Risk | Score Range |
|---|---|
| Low | 66-100 |
| Low-Medium | 31-65 |
| Medium | 11-30 |
| Medium High | 4-10 |
| High | 1-3 |

**This business falls within the following Stability Risk Category: \* \*  HIGH RISK \* \***

**Factors Lowering the Score:**

Number of active commercial accounts

Number of commercial collection accounts

Number of commercial accounts

Risk associated with the company's industry sector

**\* \* \* \* \* \* \* \* \* BUSINESS INFORMATION \* \* \* \* \* \* \* \* \***

| Business Credit Information | | Business Legal Filings and Collections | |
|---|---|---|---|
| AVERAGE DBT 1st QTR: | 0 | BANKRUPTCY FILED: | 0 |
| AVERAGE DBT 2nd QTR: | 0 | TOTAL OF TAX LIENS: | 0 |
| AVERAGE DBT 3rd QTR: | 0 | JUDGMENT COUNT: | 0 |
| AVERAGE DBT 4th QTR: | 0 | COLLECTION COUNT: | 1 |
| AVERAGE DBT 5th QTR: | 0 | LIEN COUNT: | 0 |
| COMBINED DBT: | 0 | UCC COUNT: | 0 |
| DBT OF COMBINED TRADE TOTALS: | 999 | UCC DATA INDICATOR: | No UCC |
| | | LEGAL BALANCE AMOUNT: | $0 |
| TOTAL ACCOUNT BALANCE: | $0 | LEGAL FILINGS: | 0 |

Michael Murali

CC PHARMACY 3, LLC; Experian Commercial Credit Scores

| Business Credit Information | | Business Legal Filings and Collections | |
|---|---|---|---|
| COMBINED ACCOUNT BALANCE: | $0 | LEGAL ITEMS: | 1 |
| | | NON-PROFIT INDICATOR: | Profit |

## * * * * * * * * * * BANKRUPTCY * * * * * * * * *

| | |
|---|---|
| BANKRUPTCY FILED (LAST 10 YEARS): | No |
| BANKRUPTCY COUNT (LAST 24 MOS): | 0 |
| NON-FILED ACTIONS COUNT: | 0 |
| PRESENCE OF OPEN BANKRUPTCIES: | 0 |
| LIABILITY BALANCE OF BANKRUPTCY FILINGS: | $0 |
| TOTAL LIABILITY BALANCE FOR  NON-FILED BANKRUPTCY: | $0 |
| LIABILITY BALANCE OF NON-FILED BANKRUPTCY ACTIONS: | 0 |
| AGE (IN MOS) OF MOST RECENT BANKRUPTCY FILING: | 0 |

## * * * * * * * * * * TAX LIENS * * * * * * * * *

| | |
|---|---|
| COUNT OF TAX LIENS (LAST 24 MOS): | 0 |
| TOTAL LIABILITY OF TAX LIENS: | $0 |
| TAX LIENS AGE (IN MONTHS): | 0 |
| AMOUNT OF TAX LIENS WITHIN LAST 24 MONTHS: | $0 |
| % TAX LIEN AMOUNT VS COMBINED TRADE BALANCE (LAST 24 MOS): | 0 |

## * * * * * * * * * * UNIFORM COMMERCIAL CODE FILINGS (UCC) * * * * * * * * *

| | |
|---|---|
| TOTAL UCC FILINGS (Summary): | 0 |
| TOTAL UCC FILINGS UNSATISFIED (within last 24 months): | 0 |

Michael Murali

CC PHARMACY 3, LLC; Experian Commercial Credit Scores

## * * * * * * * * * * JUDGMENT  * * * * * * * * * *

| | |
|---|---|
| COUNT OF JUDGMENTS FILED: | 0 |
| COUNT OF JUDGMENTS  FILED (LAST 24 MOS): | 0 |
| COUNT OF NON-FILED JUDGMENT ACTIONS: | 0 |
| LIABILITY AMOUNT FOR ORIGINAL JUDGMENTS: | $0 |
| LIABILITY AMOUNT FOR NON-FILED JUDGMENT (LAST 24 MOS): | $0 |
| LIABILITY AMOUNT FOR NON-FILED JUDGMENTS: | $0 |
| AGE OF MOST RECENT JUDGMENT FILED (IN MOS): | 0 |
| AGE OF MOST RECENT NON-FILED JUDGMENT (IN MOS): | 0 |
| TOTAL AMOUNT OF JUDGMENTS FILED (LAST 24 MOS): | 0 |
| %  JUDGMENT VS COMBINED TRADE BALANCE (LAST 24 MOS): | 0 |

## * * * * * * * * * * AGED TRADE LINES * * * * * * * * * *

| | |
|---|---|
| AGED TRADE (1-30 days past due): | 0 |
| AGED TRADE (31-60 days past due): | 0 |
| AGED TRADE (61-90 days past due): | 0 |
| AGED TRADE (91+ days past due): | 0 |
| COMBINED TRADE LINES COUNT: | 0 |
| COMBINED TRADE BALANCE: | $0 |

## * * * * * * * * * * CREDIT AMOUNTS * * * * * * * * * *

| | |
|---|---|
| RECENT HIGH CREDIT: | $0 |
| MEDIAN CREDIT AMOUNT: | $0 |

Michael Murali

CC PHARMACY 3, LLC; Experian Commercial Credit Scores

**\* \* \* \* \* \* \* \* \* DEROGATORY PUBLIC FILINGS \* \* \* \* \* \* \* \* \* \***

|  |  |
|---|---|
| | Collections |
| **DEROGATORY INDICATOR:** | |
| | $415.00 |
| **DEROGATORY LIABILITY AMOUNT:** | |
| | 0 |
| **NUMBER OF DEROGATORY ITEMS:** | |
| | 0 |
| **AGE (IN MOS) MOST RECENT FILING WITHIN LAST 24 MOS:** | |
| | 0 |
| **AVERAGE AGE (IN MOS) OF FILINGS WITHIN LAST 24 MOS** | |

# Classification

**Subject:** PHARMACEUTICALS & BIOTECHNOLOGY (90%); PHARMACIES (90%)

**Company:** EXPERIAN PLC

Experian Commercial Credit Scores

Copyright 2021 Experian Information Solutions, Inc. , All Rights Reserved

**End of Document**

Michael Murali

THOMSON REUTERS
WESTLAW EDGE  ○

DOJ    History    Favorites    Notifications                    Sign out

All content    | adv: "cc pharmacy"                    |    All State & Federal          Search Tips
                                                                                     Advanced

## Cases  (0)
### Additional Relevant WestSearch™ Cases (10)

# No documents found

## Documents related to your search

**Secondary Sources**    Trial Court Documents

### § 7:7. Home-based assistance—MassHealth CommonHealth
Massachusetts Practice Series TM

...oxygen and respiratory therapy equipment; personal care services; **pharmacy** services; physician services; podiatrist services;
private duty...

### § 7:3. Home-based assistance—MassHealth standard
Massachusetts Practice Series TM

...oxygen and respiratory therapy equipment; personal care services; **pharmacy** services; physician services; podiatrist services;
private duty...

### § 7:332. Hospital negligence in hiring and supervising—Plaintiff to defendant
Pattern Deposition Checklists, Fourth Edition

...name and purpose of committee executive tissue **pharmacy** incident or accident other information each review...

Contact us   •  Live chat   •  Training and support   •  Improve Westlaw Edge   •  Pricing guide   •  Sign out           THOMSON REUTERS
1-800-REF-ATTY (1-800-733-2889)

Westlaw Edge. © 2021 Thomson Reuters    Accessibility   •  Privacy   •  Supplier terms              *Thomson Reuters is not providing professional advice*