IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CASE NO. 4:18-cr-00339

**UNITED STATES OF AMERICA**

vs.

**DUSTIN CURRY,
CLINT CARR,
HASSAN BARNES, and
FRASIEL HUGHEY,**

          **Defendants.**
_____/

## (PROPOSED) ORDER

Having considered the United States' Motion for Authorization to Release Records, and for good cause shown,

**IT IS HEREBY ORDERED THAT** the United States' motion is **GRANTED.**

**IT IS FURTHER ORDERED THAT** the Filter Team is authorized to release to the Prosecution Team the Records referenced in the United States' Motion.

**IT IS SO ORDERED** this the _____ day of _____, 2022.

                                                                                THE HONORABLE_____