# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

```
20220120-140
```
Hassan Barnes
1437 Autumn Dawn Ct.
Missouri City, TX US 77489

United States Courts
Southern District of Texas
F I L E D

FEB 01 2022

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Thursday, January 20, 2022
Case Number: 4:18-cr-00339
Document Number: 219 (1 page)
Notice Number: 20220120-140
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
**POST OFFICE BOX 61010**
**HOUSTON, TEXAS 77208**

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

FEB 01 2022

Nathan Ochsner, Clerk of Court

NORTH HOUSTON TX 773
21 JAN 2022 PM 8



US POSTA
ZIP 77002
02 1W
000137461

```
NIXIE          773   DE 1           0001/28/
               RETURN TO SENDER
               NO SUCH NUMBER
               UNABLE TO FORWARD

         BC: 77208101010     *1933-04325-21
```