UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § v. § § DUSTIN CURRY, CLINT CARR, § HASSAN BARNES, ADAM LONG, § FRASIEL HUGHEY, LISA JONES, and § DARIUS TYLER, § § **Defendants.** § | Criminal No. 4:18-CR-339 |

**THIRD AMENDMENT TO UNITED STATES'**
**NOTICE OF FORFEITURE IN INDICTMENT**

The United States gave notice to the Defendants in the Indictment that the United States intends to seek the forfeiture of property as provided by Title 21, United States Code, Section 853(a) and Title 18, United States Code, Section 982(a)(1). The United States amended its notice as to specific property on August 6, 2018 (Doc. 61) and on December 18, 2018 (Doc. 67).

The United States further amends its notice of forfeiture in paragraph 54 of the Indictment, the Property Subject to Forfeiture section, to drop some of the listed assets that did not have sufficient equity, specifically the assets listed as (f), (h), (k), (m), and (n). The United States does not seek a forfeiture order against those assets.

For clarity, the specific property that the United States intends to forfeit in this case is as follows (with numbering as in the Indictment):

   a. $4,524.50 seized from a CC Pharmacy account at Bank of America with an account number ending in 1898;

b. $10,370.98 seized from a Clint Carr account at JPMorgan Chase Bank with an account number ending in 2862;

c. $28,494.22 seized from a Dustin Curry Wells Fargo Account with an account number ending in 1067;

d. $230,815.11 seized from a Dustin Curry Wells Fargo Account with an account number ending in 0957;

e. $10,520.90 seized from a Dustin Curry financial account at Northwestern Mutual Investment Services with an account number ending in 3023;

g. $30,621.77 seized from a financial account at Northwestern Mutual Investment Services, held as "CC Pharm";

i. $345,424.09 in U.S. currency seized from the Frasiel Hughey residence in Houston, Texas;

j. $3,670.00 from nine cashier's checks made out to Frasiel Hughey and seized at his residence in Houston, Texas;

l. The real property held by Defendant Frasiel Hughey and his ex-wife on Council Grove Lane and legally described as follows:

> LOT 3, BLOCK 3, INWOOD FOREST SECTION 11, A SUBDIVISION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP/PLAT THEREOF RECORDED IN VOLUME 165, PAGE 97, MAP RECORDS OF HARRIS COUNTY, TEXAS.

o. All distributions from the CC Pharmacy 401(k) Plan established with Principal Life Insurance Company in 2016, with Dustin Curry and Clint Carr as trustees.

Respectfully submitted,

JENNIFER B. LOWERY
United States Attorney

By:   /s/ Devon Helfmeyer
Devon Helfmeyer
Courtney Chester
Trial Attorneys
U.S. Department of Justice
Criminal Division, Fraud Section
Fraud Section, Criminal Division
United States Department of Justice
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 567-9513
Devon.Helfmeyer@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was served on February 10, 2022, on Defendant's counsel of record via ECF.

/s/  Devon Helfmeyer
Devon Helfmeyer
Trial Attorney